FILED

05/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0733

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0733

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TOBY CARL McADAM,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's late motion for a 6-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including May 11, 2020, within which to prepare, serve, and file its response brief.

CMF

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 11 2020